## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jarrod Pietrobone <br>                       Debtor(s) | CHAPTER 13 |
| KIRKLAND FINANCIAL, LLC <br>                       Moving Party <br>     vs. | NO. 24-12319 PMM |
| Jarrod Pietrobone <br>                       Debtor(s) | |
| Scott F. Waterman <br>                       Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this  10th  day of  April      , 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge