UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jarrod Pietrobone            :        Chapter 13
                                     :
        **Debtor**                   :
                                     :        Bankruptcy No. 24-12319-pmm

## ORDER

AND NOW, this 29th day of May, 2025, upon consideration of the Application for Compensation filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $8,530.50.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 less $700.00 which was paid by the Debtor prepetition.**

BY THE COURT

_Patricia M. Mayer_
_____
Patricia M. Mayer
United States Bankruptcy Judge
U.S. Bankruptcy Judge