| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-12319-PMM

Jarrod Pietrobone  
528 Albert Drive  
Reading  PA    19608

Petition Filed Date: 07/03/2024  
341 Hearing Date: 08/13/2024  
Confirmation Date: 05/01/2025

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/10/2024 | $875.00 | | 01/03/2025 | $1,015.00 | | 01/13/2025 | $478.00 | |
| 02/10/2025 | $478.00 | | 03/10/2025 | $478.00 | | 04/14/2025 | $478.00 | |
| 05/12/2025 | $478.00 | | 06/09/2025 | $478.00 | | | | |

**Total Receipts for the Period:  $4,758.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,758.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $7,830.50 | $4,371.22 | $3,459.28 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »»  001 | Unsecured Creditors | $551.00 | $0.00 | $551.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »»  002 | Unsecured Creditors | $551.00 | $0.00 | $551.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »»  003 | Unsecured Creditors | $345.00 | $0.00 | $345.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »»  004 | Unsecured Creditors | $207.00 | $0.00 | $207.00 |
| 5 | LVNV FUNDING LLC »»  005 | Unsecured Creditors | $423.35 | $0.00 | $423.35 |
| 6 | FCI LENDER SERVICES INC »»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | APEX ASSET MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CAPIO PARTNERS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CREDENCE RESOURCE MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDWEST RECOVERY SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NATIONAL RECOVERY AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | SMALL BUSINESS ADMINSTRATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12319-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,758.00 | Current Monthly Payment: | $478.00 |
| Paid to Claims: | $4,371.22 | Arrearages: | $478.00 |
| Paid to Trustee: | $386.78 | Total Plan Base: | $10,972.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.