# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Jarrod Pietrobone,                :   Chapter 13
            Debtor              :   Bankruptcy No. 24-12319-pmm

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 62, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 58) is approved.

BY THE COURT:

1/8/26

_Patricia M. Mayer_ (signature)

_____
Patricia M. Mayer
United States Bankruptcy Judge