United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12319-pmm |
| Jarrod Pietrobone | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 05, 2026 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarrod Pietrobone, 528 Albert Drive, Reading, PA 19608-1900 |
| 15073241 | | HEADLANDS RESIDENTIAL SERIES OWNERTRUST, SERIES E, C/O BSI Financial Services, PO Box 679002, Dallas, TX 75267-9002 |
| 14904095 | + | Jeanette Pietrobone, 528 Albert Drive, Reading, PA 19608-1900 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 06 2026 00:21:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 06 2026 00:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14904091 | ^ | MEBN | Feb 06 2026 00:18:29 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 14904092 | + | Email/Text: bnc-capio@quantum3group.com | Feb 06 2026 00:21:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14904094 | + | Email/Text: bankruptcy@credencerm.com | Feb 06 2026 00:21:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 14925395 | | Email/Text: LMitchell@myfci.com | Feb 06 2026 00:21:00 | FCI Lender Services, Inc., P.O. Box 27370, Anaheim, CA 92809-0112 |
| 14913285 | ^ | MEBN | Feb 06 2026 00:18:33 | KIRKLAND FINANCIAL, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14904096 | + | Email/Text: bankruptcy@gitsitusa.com | Feb 06 2026 00:21:00 | Kondaur Capital Corporation, 333 S Anita Dr Suite 400, Orange, CA 92868-3314 |
| 14909003 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 00:30:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14904097 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 00:30:38 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14904098 | + | Email/Text: EDI@CACIONLINE.NET | Feb 06 2026 00:21:00 | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 14904099 | + | Email/Text: Bankruptcies@nragroup.com | Feb 06 2026 00:21:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14904705 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2026 00:21:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14904100 | + | Email/Text: bankruptcynotices@sba.gov | | |

Feb 06 2026 00:21:00  Small Business Administration, PO Box 3918, Portland, OR 97208-3918

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14904093 | *+ | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2026  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jarrod Pietrobone tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor KIRKLAND FINANCIAL LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor KIRKLAND FINANCIAL LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST SERIES E bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jarrod Pietrobone | Bankruptcy No. 24-12319-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 5, 2026**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE